**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Andrew Gladue and Beatrice Vivier, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER (AMENDED)** |
| | ) | |
| vs. | ) | |
| | ) | |
| United States of America, | ) | Case No. 4:07-cv-069 |
| | ) | |
| Defendant. | ) | |

_____

On March 27, 2009, the Government filed a Motion for an Extension of Time. It seeks additional time to file a brief in support of its Motion for Summary Judgment. The court **GRANTS** the Government's motion (Docket No.10). The Government shall have until April 7, 2009, to file its brief in support of its Motion for Summary Judgment.

**IT IS SO ORDERED.**

Dated this 30th day of March, 2009.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge